IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**SCOTT NIGHAN,**

    **Plaintiff,**

vs.

                                        **No.**

**WHOLE FOODS MARKET GROUP, INC.
and NOVOLEX BAGCRAFT, INC.**

    **Defendant.**

## NOTICE OF REMOVAL OF CIVIL ACTION

TO:    Daniel S. Nesheiwat, #036142
           The Nesheiwat Law Group, PLLC
           426 Century Court, Suite 102
           Franklin, TN 37064
           615-789-5565
           daniel@neshlawgroup.com
           *Counsel for Plaintiff*

           Kent K. Stanley, #026717
           The Law Office of Kent K. Stanley
           P.O. Box 1224
           Franklin, TN 37065
           615-429-3668
           kentkstanley@gmail.com
           *Counsel for Plaintiff*

           Barret S. Albritton, Esquire
           Chartwell Law
           201 W Main Street
           Suite 105
           Chattanooga, TN 37408
           Direct (423) 214-1490
           Fax (423) 373-1435
           balbritton@chartwelllaw.com
           *Counsel for Whole Foods Market Group, Inc.*

Pursuant to 28 U.S.C. Sections 1332, 1441 and 1446, the Defendant, ***Novolex Bagcraft, Inc.***, by and through counsel of record, Glassman, Wyatt, Tuttle & Cox, P.C., files this Notice of Removal of the above civil action, and as basis for said removal, would show as follows:

1. Removing party, Novolex Bagcraft, Inc. is a named Defendant in the above-entitled action.

2. This matter was originally filed in the Circuit Court of Williamson County, Tennessee, on the 25th day of January 2023, under Docket No. 23CV-36. A copy of the original Complaint filed in the Circuit Court of Williamson County, Tennessee, is attached to this Notice of Removal.

3. Novolex Bagcraft, Inc., was served on February 1, 2023, via personal service on Corporation Service Company, its registered agent in Tennessee. Thus, this removal is timely pursuant to 28 U.S.C. Section 1446.

4. Whole Foods Market Group, Inc. was served on February 2, 2023, via personal service on CT Corp, its registered agent in Tennessee. Whole Foods Market Group, Inc. has consented to this Removal as required by 28 U.S.C. Section 1446 (b)(2)(A).

5. Based on a review of the file by the undersigned counsel for removing Defendant, the Complaint, Summons, return of summons, Requests For Admissions to the Defendants, Answer and Notice of Appearance for Whole Foods Market Group, Inc. are the only pleadings filed in the cause to date.

6. Since the filing of the Complaint, and service on the Defendants, no further proceedings have taken place in the Williamson County, Tennessee Circuit Court action.

7. Based on the ad damnum of $12,000,000.00, the amount in controversy requirement for removal is satisfied in accordance with 28 U.S.C. Section 1446 (c)(2).

8. Plaintiff is presently, and was at the time the Complaint was filed, a resident citizen of Williamson County, Tennessee.

9. The Defendant, Novolex Bagcraft, Inc. is presently, and was at the time the Complaint was filed, a Delaware corporation with its principal place of business being in Hartsville, South Carolina.

10. The Defendant, Whole Foods Market Group, Inc., is presently, and was at the time the Complaint was filed, a Delaware corporation with its principal place of business being in Austin, Texas.

11. This action is a civil action for alleged personal injuries as a result of an allegedly defective paper bag which occurred in Franklin, Williamson County, Tennessee, on or about January 28, 2022.

12. This Court has original jurisdiction of this action pursuant to 28 U.S.C. Section 1332(a)(1) and (c) as the suit is between citizens of different states, and as the amount in controversy allegedly exceeds the sum of $75,000.00 exclusive of interests and costs.

13. This Notice of Removal is being filed with this Court within 30-days of receipt and service of the Complaint by the removing Defendant, Novolex Bagcraft Inc.

14. Defendant will file a copy of this Notice of Removal with the Circuit Court of Williamson County, Tennessee, pursuant to 28 U.S.C. 1446 (d).

RESPECTFULLY SUBMITTED,

**Glassman, Wyatt, Tuttle & Cox, P.C.**

BY:/s/Carl Wyatt
CARL WYATT, #12304
TODD MURRAH, #15235
**Glassman, Wyatt, Tuttle & Cox, P.C.**
26 North Second Street
Memphis, TN 38103
cwyatt@gwtclaw.com
tmurrah@gwtclaw.com
P: 901-527-4673
GWTC File No. 23-035Z
*Counsel for Novolex Bagcraft, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

A true and correct copy of the foregoing pleading has been properly served via the Court's CM/ECF system, Email and/or United States Mail, postage prepaid upon the following:

Daniel S. Nesheiwat, #036142
The Nesheiwat Law Group, PLLC
426 Century Court, Suite 102
Franklin, TN 37064
615-789-5565
daniel@neshlawgroup.com
*Counsel for Plaintiff*

Kent K. Stanley, #026717
The Law Office of Kent K. Stanley
P.O. Box 1224
Franklin, TN 37065
615-429-3668
kentkstanley@gmail.com
*Counsel for Plaintiff*

Barret S. Albritton, Esquire
Chartwell Law
201 W Main Street
Suite 105
Chattanooga, TN 37408
Direct (423) 214-1490
Fax (423) 373-1435
balbritton@chartwelllaw.com
*Counsel for Whole Foods Market Group, Inc.*

                                    s/ Carl Wyatt_____
                                    Carl Wyatt