IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCOTT NIGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:23-cv-00177 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| WHOLE FOODS MARKET GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties have filed a "Joint Stipulation of Dismissal With Prejudice" (Doc. No. 59, "Stipulation") which was signed by counsel for all parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the Parties have stated that the dismissal is with prejudice the dismissal is in fact with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE