# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Scott Nighan

                              Plaintiff,

v.                                                                                Case No.: 3:23−cv−00177

Whole Foods Market Group, Inc., et al.

                              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/12/2024 re [60].

                                                                    Lynda M. Hill
                                          s/ Aubrey Frantz Mattis, Deputy Clerk